1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERNON EVANS-CARMICHAEL,

Petitioner,

v.

WARDEN,

Respondent.

Case No.  14-cv-05356-JCS (PR)

**ORDER OF DISMISSAL**

Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00.  His IFP application is incomplete because it does not contain a (1) Certificate of Funds completed and signed by an authorized prison officer, or (2) prison trust account statement showing transactions for the last six months.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1]  Because this dismissal is without prejudice, petitioner may move to

---

[1] Plaintiff consented to magistrate judge jurisdiction.  (Docket No. 5.)  The magistrate judge, then, has jurisdiction to issue this order, even though respondent has not been served or consented to magistrate judge jurisdiction.  *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prisoners action under 42 U.S.C. § 1983 as frivolous without consent of defendants because they had not been served and therefore were not parties).

reopen the action.  Any such motion **must** contain (1) a prison trust account statement

showing transactions for the last six months **and** a Certificate of Funds completed and

signed by an authorized prison officer, **or** (2) full payment for the filing fee of $5.00.

Petitioner's IFP application (Docket No. 4) is DENIED as insufficient.  The Clerk

shall terminate Docket No. 4, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

Dated**:**  April 8, 2015

_____
JOSEPH C. SPERO
Chief United States Magistrate Judge

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    VERNON EVANS-CARMICHAEL,                    Case No.  14-cv-05356-JCS
                     Plaintiff,
8
                                                 **CERTIFICATE OF SERVICE**
9           v.
10   WARDEN,
                     Defendant.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13   District Court, Northern District of California.

14          That on 4/8/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Vernon  Evans-Carmichael ID: 1202187
     300 Bradford Street
18   Redwood City, CA 94063

19

20
     Dated: 4/8/2015
21

22                                               Richard W. Wieking
                                                 Clerk, United States District Court
23

24                                               By: _Karen L. Hom_____
25                                               Karen Hom, Deputy Clerk to the
                                                 Honorable JOSEPH C. SPERO
26
27
28

                                                   3